IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOUGLAS WILLIAM RAY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 14-471 |
| | ) | |
| v. | ) | |
| | ) | Judge Cathy Bissoon |
| UNITED STATES OF AMERICA, *et al.*, | ) | |
| | ) | Magistrate Judge Lisa Pupo Lenihan |
| Defendants. | ) | |

## **MEMORANDUM ORDER**

This case was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On February 12, 2015, the Magistrate Judge issued a Report and Recommendation (Doc. 16) recommending that Defendants' Motion to Dismiss (Doc. 13) be granted and that the case be dismissed with prejudice pursuant to 28 U.S.C. § 1915A(b)(1). In addition, the Report recommended that the Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the order dismissing this case with prejudice would not be taken in good faith. Service of the Report and Recommendation was made on the parties, and no objections have been filed. After a review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

Defendants' Motion to Dismiss (**Doc. 13**) is **GRANTED**, and this case is hereby dismissed with prejudice. In addition, the Court hereby certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this Order would not be taken in good faith. The Report and Recommendation of Magistrate Judge Lenihan, dated February 12, 2015, is adopted as the opinion of the District Court.

IT IS SO ORDERED.

March 4, 2015                                     s\Cathy Bissoon
                                                  Cathy Bissoon
                                                  United States District Judge

cc (via ECF email notification):

All Counsel of Record


cc (via First-Class U.S. Mail):

Douglas William Ray
08948068
PO Box 1000
Morgantown, WV 26507